UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| Jonathan Komberec, <br><br> Plaintiff, <br><br> v. <br><br> National Credit Adjusters, LLC; Lionstone Holdings Group, LLC; and DOES 1-10, inclusive, <br><br> Defendants. | Civil Action No.: 2:17-cv-00316-PP |

**REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS
NATIONAL CREDIT ADJUSTERS, LLC AND LIONSTONE HOLDINGS GROUP, LLC**

Plaintiff, Jonathan Komberec (hereinafter "Plaintiff"), by and through Plaintiff's counsel, hereby requests the Clerk of the Court to enter default against Defendants National Credit Adjusters, LLC and Lionstone Holdings Group, LLC pursuant to Fed. R. Civ. P. 55(a) on the grounds that Defendants have failed to answer this matter's Complaint and have failed to appear or otherwise defend this action. (Cueller Decl.[1] ¶5).

On March 8, 2017, Defendants were served with the summons and complaint, as evidenced by proof of service on file with this Court. (Cueller Decl. ¶ 3). Neither Plaintiff nor the Court has granted Defendants an extension of time to respond to the Complaint. (Cueller Decl. ¶ 4). Upon information and belief, neither Defendant is an infant or an incompetent person nor in the military service. (Cueller Decl. ¶¶ 6-7).

DATED: August 1, 2017

                                                         Respectfully submitted,

                                                         By /s/ Amy L. Cueller

---

[1] "Cueller Decl." refers to the Declaration of Amy L. Cueller.

Amy L. Cueller, Esq. #15052-49
LEMBERG LAW, L.L.C.
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
E-Mail: acueller@lemberglaw.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 1, 2017, a true and correct copy of the foregoing Request for Entry of Default and supporting declaration was served electronically by the U.S. District Court for the Eastern District of Wisconsin Electronic Document Filing System (ECF) and that the document is available on the ECF system. A copy of the foregoing was also mailed by first-class mail, postage prepaid to the parties listed below:

National Credit Adjusters, LLC
327 West 4th Street, P.O. Box 3023
Hutchinson, Kansas 67504

Lionstone Holdings Group, LLC
1207 Delaware Avenue, Suite 206
Buffalo, New York 14209

/s/ Amy L. Cueller
Amy L. Cueller, Esq.